```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**MANUEL CONCEPCION,**

       Petitioner,

v.                                            Civil Action No. 15-04387

**TERRY O'BRIEN,**
**Warden,**

       Respondent.


### MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, entered on February 22, 2016; and the magistrate judge having advised that the Petitioner died on April 15, 2015, and having recommended that the court dismiss the Petitioner's petition for a writ of habeas corpus and remove this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

      1. The findings made in the Proposed Findings and Recommendation of the magistrate be, and they hereby are, adopted by the court and incorporated herein;

      2. The Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 be, and it hereby is, dismissed as moot; and

      3. This civil action be, and it hereby is, stricken from the docket of the court.

      The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

      DATED: April 5, 2016

      John T. Copenhaver, Jr.
      United States District Judge